■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARILYN MATEO, Appellant. [881 NYS2d 301]—Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Wong, J.), rendered November 16, 2007, revoking a sentence of probation previously imposed by the same court upon a finding that she had violated a condition thereof, upon her admission, and imposing a sentence of eight months' imprisonment upon her previous conviction of criminal possession of marijuana in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Angiolillo and Leventhal, JJ., concur.